**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Yongping Wang <br>                   <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-18177 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-WF1 and index same on the master mailing list.

                                      Respectfully submitted,
                                    **/s/ Rebecca A. Solarz, Esq**
                                    Rebecca A Solarz, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322