## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : CHAPTER 13
Yongping Wang :
       Debtor : BANKRUPTCY NO.:  16-18177-jkf

### RESPONSE TO MOTION FOR RELIEF

Debtor, by his attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Motion, respectfully represents the following:

1.-2.    Admitted.

3.    Denied. Movant refers to documents on record before the Court.  Said documents speak for themselves.  The Debtor does not attest to the veracity of said documents, and therefore the averments referencing said documents in the corresponding paragraph are denied.

4.-5.    Admitted.

6.    Denied. The Debtor is without requistite knowledge of attest the veracity of Movant's averment.

7.-9.    The Debtor intends to cure all post-petition payments, which may be due at this time.

10.    Denied.  Movant's averment does not call for a response.

WHEREFORE, Debtor pray that the Movant's request for relief be denied.

Date: May 29, 2019               /s/ Brandon J. Perloff
                                                          Brandon J. Perloff Esquire.
                                                          Attorney for Debtor